**United States Bankruptcy Court**
**Eastern District of Arkansas**

In re **City of Gould, Arkansas**       **5:08-bk-12413**
Debtor                                  **Chapter 9**

# MOTION TO VOLUNTARILY DISMISS CHAPTER 9

Comes now the Debtor, by and through its counsel, James F. Dowden, and states:

1. Debtor commenced this case on April 21, 2008 by filing a voluntary petition for relief under Chapter 9 of Title 11 of the United States Bankruptcy Code.

2. The primary purpose of the bankruptcy was to forestall several suits pending against the City of Gould.

3. During the pendency of the case, it appears the City of Gould has gotten back on its feet financially, and the need for a Chapter 9 reorganization no longer exists.

4. Counsel has been informed that the City Council has passed a resolution requesting the bankruptcy be dismissed.

5. Petitioner verily believes that it is unlikely a Chapter 9 Plan can be presented that can be confirmed by a requisite number of creditors; further believes the City can manage its finances without bankruptcy court protection.  Accordingly, Debtor moves for a dismissal pursuant to Section 930(a)(3).

Wherefore, for all the foregoing reasons which constitute cause, the Petitioner prays that the petition be dismissed, and for all other relief to which it be entitled.

Respectfully submitted,
/s/ James F. Dowden
212 Center Street, Tenth Floor
Little Rock, Arkansas  72201

Certificate of Service:
I certify that a copy of this motion, along with the opportunity to object, has been forwarded to all parties on the Court's matrix, on this 21st day of April, 2010.

**Notice is hereby given:**

On April 21, 2010, the Debtor filed a Motion to Voluntarily Dismiss Chapter 9.

Any party wishing to object or respond to the motion must file its objection or response with the United States Bankruptcy Clerk, 300 West Second Street, Little Rock, Arkansas 72201 on or before May 12, 2010, and a copy of the objection or response must be served upon the undersigned.  Any objection must clearly state the factual and legal ground upon which the objection is based.

If no objections to the Motion are timely filed with the Bankruptcy Clerk, and served on Debtor's counsel, the Court may not conduct a hearing on the Motion, and Debtor's counsel shall present an order to the Court granting its motion.  Should objection to the Motion be timely filed, a notice of hearing on such objection will be provided by subsequent notice.